# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00272-CV

**City of Austin, Appellant**

**v.**

**Ali and Dona Tabrizi, Appellee**

### FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-17-001028, THE HONORABLE DUSTIN M. HOWELL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant City of Austin has filed an unopposed motion to dismiss this appeal.

We grant appellant's motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Kelly, and Smith

Dismissed on Appellant's Motion

Filed: January 10, 2020